IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MERCEDEE BOONE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:13-CV-76 |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **DEPARTMENT OF EDUCATION;** | ) | |
| **COAST PROFESSIONAL, INC. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT COAST PROFESSIONAL, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Middle District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Coast Professional, Inc. ("Coast") certifies as follows:

1. Coast's general nature and purpose: Coast is a collections and call center management company.

2. Coast has no parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities that could potentially pose a financial or professional conflict for a judge in this district.

Respectfully submitted this 18th day of April, 2013.

/s/ *L. Jackson Young, Jr.*
L. Jackson Young, Jr. (ASB-7946-G65L)
FERGUSON FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
ljy@ffdlaw.com

Telephone: (205) 380-6984
Telecopier: (205) 879-8831
*Attorney for Defendant Coast Professional, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of April, 2013, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Scott Michael Speagle, Esq.
Webster, Henry, Lyons, White,
   Bradwell & Black, P.C.
P.O. Box 239
Montgomery, Alabama 36101-0239
Telephone: (334) 264-9472
Telecopier: (334) 887-0983
scott@webesterhenry.com
*Attorney for Plaintiff*

Robert Randolph Neeley, Esq.
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Telecopier: (334) 223-7560
Rand.neeley@usdoj.gov
*Attorney for United States of America Department of Education*

/s/ L. Jackson Young, Jr.
Of Counsel

{W0352635.1}                                          2