IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MERCEDEE BOONE, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:13-CV-76 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| DEPARTMENT OF EDUCATION; | ) |
| COAST PROFESSIONAL, INC. et al., | ) |
| | ) |
|       Defendants. | ) |

**DEFENDANT COAST PROFESSIONAL, INC.'S ANSWER,
AFFIRMATIVE DEFENSES AND DEMAND FOR JURY**

Defendant Coast Professional, Inc. ("Coast"), by and through its undersigned counsel, answers the Complaint and states as follows:

1. Denied. Coast is without sufficient information to properly respond to this paragraph, and, therefore, it is denied.

2. Denied. Coast is without sufficient information to properly respond to this paragraph, and, therefore, it is denied.

3. Admitted in part; denied in part. Coast is a business with its principal place of business in Louisiana. All of the other allegations in this paragraph, if any, are denied as they call for a legal conclusion to which no response is required.

4. Denied. All of the allegations in this paragraph, if any, are denied as they call for a legal conclusion to which no response is required.

5. Denied. Coast is without sufficient information to properly respond to this

paragraph, and, therefore, it is denied.

6. Denied. Coast is without sufficient information to properly respond to this paragraph, and, therefore, it is denied.

7. Denied. Coast is without sufficient information to properly respond to this paragraph, and, therefore, it is denied.

8. Denied. Coast is without sufficient information to properly respond to this paragraph, and, therefore, it is denied.

9. Denied. Coast is without sufficient information to properly respond to this paragraph, and, therefore, it is denied.

10. Denied. Coast is without sufficient information to properly respond to this paragraph, and, therefore, it is denied.

11. Admitted.

12. Admitted.

13. Denied. Coast is without sufficient information to properly respond to this paragraph, and, therefore, it is denied.

15 [sic]. Denied. Coast is without sufficient information to properly respond to this paragraph, and, therefore, it is denied.

16. Denied. Coast is without sufficient information to properly respond to this paragraph, and, therefore, it is denied.

17. Denied. Coast is without sufficient information to properly respond to this paragraph, and, therefore, it is denied.

## COUNT I

[sic].  Coast incorporates herein every response to the above allegations of the Complaint as if set forth in their entirety.

20 [sic].  Denied.  All of the allegations in this paragraph, if any, are denied as they call for a legal conclusion to which no response is required.

21.  Denied.

WHEREFORE, Defendant Coast Professional, Inc., respectfully demands that the Complaint be dismissed with prejudice, awarding it reasonable attorneys' fees and costs and such other relief as justice requires.

## AFFIRMATIVE DEFENSES

1.  Declaratory and injunctive relief are not appropriate or recoverable pursuant to the Fair Debt Collection Practices Act.

2.  The plaintiff suffered no ascertainable loss of money or property.

3.  The plaintiff did not justifiably rely on any representation by Defendant.

4.  The plaintiff fails to state a cause of action to which relief can be granted.

5.  To the extent that any violation occurred, it resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

6.  To the extent that any violation occurred, it resulted from good faith reliance upon incorrect information offered by any person other than an agent, servant or employee of Defendant.

7.  At all pertinent times, Defendant acted in compliance with the Federal Trade Commission regulations, Federal Trade Commission staff commentary and letter commentaries, and/or Federal Trade Commission advisory opinions.

8.  Defendant reserves the right to assert additional affirmative defenses as discovery warrants.

## DEMAND FOR JURY

Defendant demands a jury pursuant to Fed.R.Civ.P. 38 for all issues so triable.

Respectfully submitted this 26th day of April, 2013.

/s/ *L. Jackson Young, Jr.*
L. Jackson Young, Jr. (ASB-7946-G65L)
FERGUSON FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
ljy@ffdlaw.com
Telephone:  (205) 380-6984
Telecopier:  (205) 879-8831
*Attorney for Defendant Coast Professional, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of April, 2013, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Scott Michael Speagle, Esq.
Webster, Henry, Lyons, White,
      Bradwell & Black, P.C.
P.O. Box 239
Montgomery, Alabama 36101-0239
Telephone: (334) 264-9472
Telecopier: (334) 887-0983
scott@webesterhenry.com
*Attorney for Plaintiff*

Robert Randolph Neeley, Esq.
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Telecopier: (334) 223-7560
Rand.neeley@usdoj.gov
*Attorney for United States of America*
*Department of Education*

                                  */s/ L. Jackson Young, Jr.*
                                  Of Counsel